```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 23934
   LISA M SOBOTKA
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-5260
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/20/07 and confirmed on 02/25/08.

   2.  The case was converted to Chapter 7 after confirmation, 12/12/2008.

   3.  The Debtor paid a total of $   1485.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN AIRLINES CU | UNSECURED | 26325.38 | .00 | .00 |
| AMERICAN AIRLINES CU | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 882.64 | .00 | .00 |
| BANK ONE/JPM CHASE | UNSECURED | 4655.87 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2827.36 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | 2444.76 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2415.34 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1733.22 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 480.46 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | 2632.38 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| UNITED CONSUMER FINANCIA | UNSECURED | 1033.72 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4435.15 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2322.27 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5611.86 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | SECURED | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

       Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 57800.41 | .00 | 57800.41 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID                        .00         .00         .00         .00         .00
```
The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $   3500.00
and was paid $     750.00  direct and $    1399.70   through the plan.

The Trustee received $      85.30 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/18/09                    /S/
                                          GLENN STEARNS
                                        CHAPTER 13 TRUSTEE